**SolarWinds Corporation (SWI)**                                                                **Azpurua, Daniel**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---:|---:|
| Purchase | 12/14/2020 | 320 | $19.5557 |
| Purchase | 12/14/2020 | 1,470 | $19.5400 |
| Purchase | 12/14/2020 | 30 | $19.5350 |
| Purchase | 12/15/2020 | 426 | $18.4085 |